UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br> v. <br><br> ANDREW T. LAI, D.D.S., P.L.L.C., and <br> ANDREW T. LAI, <br><br> Defendants. | No. C11-1016RSL <br><br> ORDER STAYING CLAIMS AGAINST ANDREW T. LAI, D.D.S., P.L.L.C. |

This matter comes before the Court on the "Suggestion of Bankruptcy" submitted by Wells Fargo Bank, N.A., on September 12, 2011. Dkt. # 11. Pursuant to 11 U.S.C. § 362(a), defendant Andrew T. Lai's filing of a voluntary petition for relief under Chapter 13 of the Bankruptcy Code stays the above-captioned matter against him. Defendant Andrew T. Lai, D.D.S., P.L.L.C., has not sought bankruptcy protection, however, and this action is not stayed against that entity.

The parties are directed to notify the Court within fourteen days of the resolution of defendant Lai's bankruptcy petition or the lifting of the bankruptcy stay, whichever comes first.

ORDER STAYING CLAIMS AGAINST
ANDREW T. LAI, D.D.S., P.L.L.C.

1      Dated this 15th day of September, 2011.

         *signature*
         Robert S. Lasnik
         United States District Judge

ORDER STAYING CLAIMS AGAINST
ANDREW T. LAI, D.D.S., P.L.L.C.            -2-